**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1711**

---

DEAFUEH MONBO; JUAHDI MONBO,

        Plaintiffs - Appellants,

    v.

ELAINE EVANS,

        Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge. (1:22-cv-01171-GLR)

---

Submitted: November 17, 2022               Decided: November 22, 2022

---

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Deafueh Monbo, Juahdi Monbo, Appellants Pro Se. Gerard Magrogan, MONSHOWER, MILLER & MAGROGAN, Ellicott City, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deafueh and Juahdi Monbo ("Plaintiffs") seek to appeal the district court's order denying their motion to strike the Defendant's attorney, their request for a hearing on the motion, and their request for entry of default judgment in their civil action alleging defamation and intentional infliction of emotional distress. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Plaintiffs seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*